U.S. DISTRICT COURT
DISTRICT OF MARYLAND NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| $127,694.00 U.S. DOLLARS, etc. | * | Case No. CCB-12-2636 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CLAIM - STATEMENT PURSUANT TO ADMIRALTY RULES

Pursuant to Admiralty Rule G (5)(a)(ii), the Claimant, Ahmed Naseer submits this claim - statement of ownership contesting the forfeiture and continued seizure of $127,694 in U.S. Dollars and $11,450 in Canadian Dollars in the above referenced case.

1. I received notice of the Civil Forfeiture Action and this claim - statement is timely filed to contest the forfeiture.

2. I am the sole owner and/or have an ownership interest in the above referenced funds subject to forfeiture. The seized funds include funds lawfully obtained by me.

3. I hereby contest Government's allegation that the seized funds belonging to me were proceeds or derived from proceeds furnished and intended to be furnished in exchange for CDS, constituted proceeds traceable to such an exchange, or were used or were intended to be used to facilitate such violation of 21 U.S.C. §881 (a) (6). I contest that the funds were used or intended to be used to my knowledge with my consent to commit or facilitate the distribution of CDS and are subject to forfeiture pursuant to 21 USC §

1

881(a)(6).

    4. All further communications on this matter should be directed to my attorney, Robert W. Biddle, Esq., Nathans & Biddle LLP, 120 East Baltimore Street, Suite 1800, Baltimore, Maryland, 21202, 410-783-0272.

    Pursuant to 28 U.S.C. Section 1746, and as required in the Admiralty Rules, addressing verification I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on October 10, 2012.

_/s/_
Ahmed Naseer

### Certificate of Service

I certifiy that I served and/or caused to be served a copy of the foregoing document on counsel for the Government per the Court's efiling system.

/s/

_____
Robert W. Biddle